Ronald BATTELLE, Appellant,

v.

Troy EDMOND, Respondent.

No. ED 83016.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 17, 2004.

Patricia Redington, Asst. County Counselor, Lorena V. Merklin von Kaenel, Clayton, for Appellant.

Troy Edmond, pro se.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Ronald Battelle appeals the judgment ordering that the record of the arrest of Troy Edmond be expunged. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).